Expert Testimony of Barbara Ziv, M.D., 2017-2021

**2017**

188. Commonwealth of Pa. v. Richard Greist
Chester County Court of Common Pleas
CP-15-CR-0001796-1978

189. Commonwealth of Pa. v. Tyree A. Morris
Philadelphia Court of Common Pleas
CP-51-CR-0012194-2015

190. Commonwealth of Pa. v. Randell M. Wilson
Philadelphia Court of Common Pleas
CP-51-CR-0012721-2015

191. Barbara Buckanavage, g.a.l. for Tracey Eastman v. Bancroft Neurohealth, et al.
Superior Court of Delaware
C.A. No. N15C-06-001 VLM

192. Commonwealth of Pa. vs. Harold T. Adams
Philadelphia Court of Common Pleas CP-51-CR-0003268-2015

193. Commonwealth of Pa vs. Pedro Cruz
Philadelphia Court of Common Pleas
CP-51-CR-0002595-2016

194. Commonwealth of Pa vs. Tyler Moury
Chester County Court of Common Pleas
CP-15-MD-0003283-2016

195. Commonwealth of Pa vs. Alexander Cheng
Chester County Court of Common Pleas
CR-03139-2013

196. Pabian v. Schelkun, M.D., D.D.S.
Docket No. MID-L-282-15

197. Rodriguez, Carmen (E/O Paul) v. Agrawal, Apurv, M.D., et al.
Docket No. OCN-L-3666-14

198. Sherri Hicks v. Blackford Dental Management

199. Sabetello v. McGill
Superior Court of New Jersey
Law Division: Passaic County
Docket No. PAS-L-3505-14
Docket No. PAS-L-3506-14

Expert Testimony of Barbara Ziv, M.D., 2017-2021

Docket No. PAS-L-3507-14

200. Todaro v. Bayshore Hospital, et al.
Superior Court of New Jersey Law Division – Union County UNN-L-2153-14

201. Bok v. Edison Kidney Center, et al.

202. Ayala v. Friedlander, M.D., et al
Superior Court of New Jersey
Law Division – Union County
UNN-L-4297-14

203. Susan O'Donnell v. Cooper Hospital, et al.
Superior Court of New Jersey-Camden County
Docket No. CAM-L-0482

**2018**

204. William Arnold v. State of Tennessee
2011-B-1778, Davidson County, Tennessee, Fifth Circuit Court

205. Commonwealth of Pa. v. Andre Smith
Chester County Court of Common Pleas
CP-15-CR-0001819-2016

206. Donna Golden v. Police Officer James Tully, et al
United States District Court for the Eastern District of Pennsylvania
14-3858

207. Commonwealth of Pa. v. William H. Cosby
Montgomery County Court of Common Pleas
CP-46-CR-0003932-2016

208. B.E. and A.F. v. School District of Southeastern Delaware County, et al
United States District Court for the Eastern District of Pennsylvania
15-cv-3655

209. Commonwealth of Pa. v. Alex Strange Plowman
Blair County Court of Common Pleas
CP-07-CR-0001816-2017

210. Commonwealth of Pa. v. Robert Gates
Blair County Court of Common Pleas
CP-07-CR-2391-2015
CP-07-CR-728, 808-2016

Expert Testimony of Barbara Ziv, M.D., 2017-2021

211. Brown et. al v. Silvi Concrete Products, et al.
    Philadelphia Court of Common Pleas
    CP-15-00925

212. Feldon Bush v. City of Philadelphia, et al.
    United States District Court for the Eastern District of Pennsylvania
    17-805

213. Todaro v. Bayshore Community Hospital, et al.
    Superior Court of New Jersey
    Law Division – Union Count
    UNN-L-2153-14

214. Babul v. Relmada, et al
    U.S. District Court—Eastern District of PA
    CASE NO. 2:15-CV-02937-GAM
    NO. 2016-910

214. Rosa Dent v. Rutgers, et al
    Superior Court of New Jersey, Middlesex County
    Doc No. MID-L-2152-15

216. Darbianne Goodwin v. Pennridge School District, et al
    U.S. District Court—Eastern District of PA
    CASE NO. 2:17-CV-02431-TR

217. Jane Doe v. Pennridge School District, et al
    U.S. District Court—Eastern District of PA
    CASE NO. 2:17-CV-03570-TR

218. Koller v Pennsylvania Psychiatric Institute

219. Commonwealth of Pa. v. Alex Richard Beach Blair
    County Court of Common Pleas
    CR-00001554

220. Commonwealth of Pa. v. Edwar Pinto
    Chester County Court of Common Pleas
    CP-15-CR-0002924-2017

221. Damara Scott v. Patrick Pignatello, PNC Financial Services, et al.
    Superior Court of New Jersey
    Law Division: Essex County
    ESX-L-7276-15

222. Commonwealth of Pa. v. Richard Greist
    Chester County Court of Common Pleas
    CP-15-CR-0001796-1978

   223. Commonwealth of Pa. v. George Wedeen
  Chester County Court of Common Pleas
  CP-15-CR-0002352-2017

**2019**

   224. Eric Zee v. Hospital of University of Pennsylvania
  Philadelphia Court of Common Pleas
  CP-510- 004084-2016

   225. Michael Rondini, Administrator for Estate of Megan Rondini v. The University of Alabama at Tuscaloosa et al.
  U.S. District Court for the Northern District of Alabama, Western Division
  Case Number 7:17-cv-01114-TMP

   226. Troy Barrett v. Bolus Freight Systems, Inc. and Dhavalkumar Patel
  Court of Common Pleas of Philadelphia County, Pennsylvania
  Docket No.: 002844-2017

   227. Nelsie DeStefano v. Mid-Atlantic Permanente Medical Group, P.C., et al.
  Circuit Court for Montgomery County, Maryland
  Civil Action No. 45727-V

   228. Commonwealth of Pa. v. James Franklin Rodgers
  Blair County Court of Common Pleas
  88 CR-590

   229. Peter Bistrian v. Levi, et al.
  U.S. District Court—Eastern District of PA
  CASE NO. 18-1967

   230. Commonwealth of Pa. v. Michael Sutton
  Blair County Court of Common Pleas
  2019 CR-355

   231. Diana Cedeno and Robert Schiele, Jr. v. St. Peters University Hospital, et al
  Superior Court of New Jersey
  Middlesex County
  Docent No. MID-L-001855-16

   232. Rosa Valladares v. Kotta Rammamurthy, et al.
  Superior Court of New Jersey
  Middlesex County
  MID-L-0650-17

   233. Commonwealth of PA v. Keith Allen Hoffa
  Dauphin County Court of Common Pleas
  CP-22-CR-0001420-2018

**2020**

234. People of the State of New York v. Harvey Weinstein.
     New York Supreme Criminal Court
     02673-2019

235. Commonwealth of PA v. Tracey Lynn McClellan
     Blair County Court of Common Pleas
     CP-07-CR-001482-2019

236. Kimberly Lyons v. Romeo Lucas, M.D., et al.
     Superior Court of New Jersey, Ocean County
     L-3300-17

237. Nadine Pellegrino v. United States of America, et al.
     USDC for the Eastern District of Pennsylvania
     No.: 09-5505

238. Melissa Dyann-Penn v. Galen Detweiler, et al.
     USDC for the Middle District of Pennsylvania
     No.: 1:18-cv-00912

239. Rodney Farr v. A2B Cargo, Inc., et al.
     Georgia State Court of Fulton County
     No.: 18EV005572

**2021**

240. Commonwealth v. Michael Watson
     Blair County Court of Common Pleas
     CP-07-CR-0000820-2020

241. Texas Medical Board v. Arthur Arrit Chavason, M.D.
     Texas State Office of Administrative Hearings
     No. 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.MD

242. Patricia McNulty v. Middle East Forum, et al.
     USDC for the Eastern District of Pennsylvania
     No.: 2:19-cv-05029

243. Lisa Barbounis v. Middle East Forum, et al.
     USDC for the Eastern District of Pennsylvania
     No.: 2:19-cv-05030

244. Green v. USA
     USDC for the Southern District of Georgia
     No.: CV119-122

Expert Testimony of Barbara Ziv, M.D.
2017-2021

245. Sean Rad, et al. v. IAC, et al.
Supreme Court of the State of New York, County of New York
Index No.: 654038/2018

246. Commonwealth v. Lillie-Belle Grove
Philadelphia Municipal Court

247. State of Delaware Board of Physical Therapists & Athletic Trainers v. Craig Weaver, PT
Case No.: 14-01-19

248. U.S. v. Veit
Court No.: 13-CR-00395

249. Kevin Eslick, et al. v. Altex Logistics, Inc., et al.
Superior Court for the State of California, County of Los Angeles-North District
Case No.: 19AVCV00511