IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| RHONDA MACHELLE WILSON, Individually and as Administrator for the Estate of Gary Steven Pressley, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, ELAINE CARSWELL, BOBBY DODD INSTITUTE, INC., and DOES 1-50, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> *     CV 321-019 <br> * <br> * <br> * <br> * <br> * <br> * |

O R D E R

Following mediation of this case before the United States Magistrate Judge, Plaintiff Rhonda Machelle Wilson and Defendant United States of America have filed a consent motion for voluntary dismissal with prejudice. (Doc. No. 41.) After due consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(ii). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendant United States of America in this matter are **DISMISSED WITH PREJUDICE**. Administratively, the Clerk shall **TERMINATE** only Defendant United States of America from the record of the case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE